[No. 35120-6-I.    Division One.    October 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD GORDON STOUT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01659-4, Robert S. Lasnik, J., entered July 25, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35596-1-I.    Division One.    October 30, 1995.]

MITCHELL D. KEITH, ET AL., *Plaintiffs*, v. ELLIS-DON CONSTRUCTION, INC., *Appellant*, CUSTOM-BILT METALS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-29626-8, Charles W. Mertel, J., entered October 10, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Grosse, J.

[No. 35907-0-I.    Division One.    October 30, 1995.]

ALPINE ROCKERIES, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-01988-9, Kathryn E. Trumbull, J., entered December 13, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Webster, J.

[No. 13422-9-III.    Division Three.    October 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STACI RAJEANE AVERY, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 92-1-00074-6, Wallis W. Friel, J., entered January 15, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.